IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SEDA CONSTRUCTION
COMPANY,

      Appellant,

v.

NASSAU COUNTY, FLORIDA,
A PUBLIC BODY, AND THE
NASSAU COUNTY SCHOOL
BOARD,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2136

Opinion filed February 11, 2015.

An appeal from the Circuit Court for Nassau County.
Wesley R. Poole, Acting Circuit Judge.

Christopher J. Iseley and Albert T. Franson, of Franson, Iseley & Rendzio, P.A., Jacksonville, for Appellant.

Gregory T. Stewart and Carly J. Schrader, of Nabors, Giblin & Nickerson, P.A., Tallahassee, attorneys for Nassau County, Florida, and Candace W. Padgett and Leonard T. Hackett, of Vernis & Bowling of North Florida, P.A., Jacksonville, attorneys for Nassau County School Board, Appellees.

PER CURIAM.

      AFFIRMED.

MARSTILLER and RAY, JJ., and TERRELL, TERRY D., ASSOCIATE JUDGE, CONCUR.